THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVERETT RHEIM, Appellant, against ROBERT MURPHY, as Warden, Respondent.— Motion to appeal as a poor person denied on the ground that the papers fail to show merit to the appeal.

## FIRST DEPARTMENT, SEPTEMBER, 1955.

## (September 8, 1955.)

In the Matter of TILLIE MILLER, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Appellants. In the Matter of EDWARD N. COSTIKYAN, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Appellants.— Concur — Peck, P. J., Breitel and Rabin, JJ.; Cohn and Botein, JJ., dissent and vote to affirm for the reasons set forth at Special Term. [208 Misc. 728.]

In the Matter of LAURENCE O'CONNOR, Appellant, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Respondents.— No opinion. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

In the Matter of CECIL E. CARTER, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Appellants. No opinion. Concur — Peck, P. J., Breitel and Rabin, JJ.; Cohn and Botein, JJ., dissent and vote to affirm. See memoranda in *Matter of Miller* v. *Power* (*ante,* p. 957), decided herewith.

In the Matter of ELIZABETH MORRIS, Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Appellants. No opinion. Concur — Peck, P. J., Breitel and Rabin, JJ.; Cohn and Botein, JJ., dissent and vote to affirm. See memoranda in *Matter of Miller* v. *Power* (*ante,* p. 957), decided herewith.

In the Matter of MOLLIE GARFINKEL et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, et al., Appellants.— No opinion. Concur — Peck, P. J., Cohn, Botein and Rabin, JJ.; Breitel, J., dissents and votes to reverse on the ground that there is a palpable difference between the offices for which appellants declined and those for which they were designated, because the candidacies would be before different electorates.